Norbert Stahl (CSB No. 194091)
STAHL LAW FIRM
2 Meadowsweet Lane
San Carlos, CA  94070
Telephone:  (650) 802-8800
Facsimile:  (650) 802-8484
nstahl@patentlawservice.com

Attorney for DW-Link Incorporated

**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| DW-LINK INCORPORATED, a Massachussetts corporation, | Case No.:  C 07-04954 EMC |
| Plaintiff, | **NOTICE OF DISMISSAL** |
| v. | |
| QUALITY BICYCLE PRODUCTS INC., a Minnesota corporation, | **UNDER Fed. R. Civ. P. 41(a)(1)(A) WITHOUT COURT ORDER** |
| Defendant. | |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A), plaintiff DW-Link Incorporated ("DW-Link") hereby gives notice of the dismissal without Court order of this action without prejudice.

Defendant Quality Bicycle Products Inc. ("Quality Bicycle") has not been served with process and Quality Bicycle has therefore not made an appearance in this case.

Quality Bicycle has not served an answer or a motion for summary judgment on DW-Link in this case and a dismissal under Rule 41(a)(1)(A) is therefore appropriate.

//

DW-Link therefore requests entry of this dismissal without prejudice.

NOTICE OF DISMISSAL                    -1-

| | |
|---|---|
| DATED: December __4_, 2007 | **STAHL LAW FIRM** |
| | By: s/Norbert Stahl |
| | Norbert Stahl, Esq. |
| | Attorney for Plaintiff<br>DW-Link Incorporated |

NOTICE OF DISMISSAL            -2-